1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,               )
                                        )
                    Plaintiff,          )        Case No. 2:17-cr-00244-APG-NJK
                                        )
vs.                                     )        ORDER
                                        )
BRIAN SORENSEN,                         )        (Docket No. 47)
                                        )
                    Defendant.          )
_____)

16      Pending before the Court is Defendant Brian Sorensen's motion to allow him to open a business.

17   Docket No. 47. Defendant submits that, due to the indictment in the instant case, he was suspended

18   without pay from his job and has been unsuccessful in his attempts to obtain new employment. *Id.* at

19   2. Defendant further submits that he would like to establish a business, using his CPA license to prepare

20   tax returns for individuals and small businesses. *Id.* In order to do so, he asks the Court to allow him

21   to "open a business and business account to provide tax preparation services to individuals and small

22   businesses." *Id.* In response, the United States submits that it has no opposition to "a temporary and

23   narrow lifting of the pretrial supervision condition that prevents Defendant Sorensen from opening new

24   bank accounts or lines of credit." Docket No. 49 at 1.

25   . . . .

26   . . . .

27   . . . .

28   . . . .

The Court **GRANTS** Defendant's motion. Docket No. 47. The Court permits Defendant to open a business to provide tax preparation services to individuals and small businesses. The Court also permits Defendant to open a business account for this business, no later than April 4, 2018. Defendant must provide his Pretrial Services Officer with all information pertinent to this account within three days of its opening.

IT IS SO ORDERED.

DATED: March 5, 2018.

NANCY J. KOPPE
United States Magistrate Judge