**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**BRIAN SORENSEN**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:17-CR-00244-APG-NJK |
| Plaintiff, | |
| vs. | |
| **BRIAN SORENSEN,** | |
| Defendant. | |

## ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **PATRICK BURNS** Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for **BRIAN SORENSEN;** that Defendant Sorensen's pretrial release conditions be modified as set forth below. This stipulation is entered into for the following reasons.

1. Counsel has spoken to AUSA Patrick Burns and he has no objections to these modifications of pretrial release.

2. Defendant is currently out on pretrial release.

3. That Counsel has spoken Pretrial Service Officer supervising Sorensen who also informs Counsel that he has no objection the following modifications of his conditions of release.

Accordingly, the parties hereby request that the Court *modify* Sorensen's conditions as follows:

As it states on Document 14 filed on or about August 3, 2017:

1. Items 47, 48, and 49- Under Medical Health Treatment- be eliminated as Pretrial states that it is no longer necessary.

2. Items 17 and 19- Modify to allow his passport be returned from U.S. Pretrial Services.

2. Item 20- Modify to allow foreign travel without Court approval as long as said foreign travel is pre-approved by Pretrial Services and disclosed to government counsel in advance.

**DATED** this 7th day of February, 2019.

| /S/ | /S/ . |
|---|---|
| **THOMAS F. PITARO, ESQ.** | **PATRICK BURNS** |
| Nevada Bar No. 1332 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
DATED: February 7, 2019