THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**BRIAN SORENSEN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:17-CR-00244-APG-NJK-2 |
| Plaintiff, | |
| vs. | |
| **BRIAN SORENSEN,** | |
| Defendant. | |

## STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **PATRICK BURNS** Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for **BRIAN SORENSEN;** that Defendant Sorensen's pretrial release conditions be modified as set forth below. This stipulation is entered into for the following reasons.

1. Counsel has spoken to AUSA Patrick Burns and he has no objections to these modifications of pretrial release.

2. Defendant is currently out on pretrial release.

3. That Defendant is requesting to close his Well Fargo Bank Account. See Exhibit A.

4. That Defendant will Open a new bank account with Nevada State Bank to be compliant with his pretrial release order.

   **DATED** this 16th day of August, 2019.

/S/
**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
601 Las Vegas Blvd. S.
Las Vegas, Nevada 89104
Attorney for Defendant

/S/
**PATRICK BURNS**
Assistant United States Attorney
501 Las Vegas Blvd. S., Ste. 1100
Las Vegas, NV 89101
Attorney for the United States

## ORDER

Based upon the Stipulation of Counsel, and with good cause appearing, the parties' stipulation, Docket No. 80, is hereby GRANTED.

IT IS SO ORDERED.

DATED: August 16, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10            **EXHIBIT A**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Wells Fargo Bank
MAC N09777-112-PRO
P.O. Box 5106
Sioux Falls, SD 57117-5106

August 1, 2019

00000248
BRIAN SORENSEN
2144 OTTAWA DR
LAS VEGAS NV 89169-3320

Account Number(s) ending in: 2488

Dear Customer(s):

Wells Fargo performs ongoing reviews of its account relationships in connection with the Bank's responsibilities to oversee and manage risks in its banking operations. We recently reviewed your account relationship and, as a result of this review, we have decided to close the above-referenced account(s). On September 5, 2019, the account(s) will no longer accept deposits and will be closed at the end of business on September 19, 2019. You may elect to close the account(s) before this date.

The Bank's risk assessment process and the results of this process are confidential, and the Bank's decision to close your account(s) is final. Please note that the Bank reserves the right to close the subject account(s) sooner than September 19, 2019, if circumstances arise that warrant such an earlier closing.

If your account(s) allows check writing, checks drawn against your account(s) that are presented to the Bank after September 19, 2019, will be returned unpaid. A cashier's check for the amount in your account(s) will be mailed to you within ten (10) days of the date your account(s) are closed.

If you have any payments directly deposited to your account(s), these payments will no longer be accepted after your account(s) are closed. You should, therefore, make other arrangements to receive any such payments. Similarly, any payments you make to others that are automatically withdrawn from your account(s) will be discontinued after your account(s) are closed. Therefore, if you presently have any such automatic payments withdrawn from your account(s), you also should make arrangements to ensure that these payments continue to be made on time.

For assistance or if you have any questions, please call us at 1-888-262-9638, Monday – Friday from 6:00 a.m. to 6:30 p.m., or Saturday from 7:00 a.m. to 4:00 p.m., Pacific Time.

Sincerely,

Prevention Contact Center

LP-FIU 0818