**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**BRIAN SORENSEN**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:17-CR-00244-APG-NJK-2 |
| Plaintiff, | |
| vs. | **(FOURTH REQUEST)** |
| **BRIAN SORENSEN,** | |
| Defendant. | |

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between **PATRICK BURNS** Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for **BRIAN SORENSEN;** that Defendant Sorensen's pretrial release conditions be modified as set forth below. This stipulation is entered into for the following reasons.

      1.    Counsel has spoken to AUSA Patrick Burns and he has no objections to these modifications of pretrial release.

2. Defendant is currently out on pretrial release.

3. That Defendant be allowed to transfer his accounts to any Financial Banking Institution in Nevada and provide to Pretrial Services the name of the bank, the location, account name, and said account numbers.

**DATED** this 18th day of September, 2019.

| /S/ | /S/ |
|---|---|
| **THOMAS F. PITARO, ESQ.** | **PATRICK BURNS** |
| Nevada Bar No. 1332 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

## **ORDER**

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO ORDERED**.

DATED: September 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE