# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00244-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 90) |
| BRIAN SORENSEN, | |
| Defendant. | |

Pending before the Court is the parties' stipulation for travel. Docket No. 90. The parties ask the Court to temporarily modify Defendant's pretrial conditions to allow him to travel with his mother to Oahu, Hawaii from February 1, 2020, through February 8, 2020. *Id*. at 1. The parties submit that Defendant's Pretrial Services Officer does not object to this request and that Defendant has, to date, complied with his conditions of release. *Id*. at 2.

Accordingly, the parties' stipulation, Docket No. 90, is hereby **GRANTED**. Defendant's conditions of release are temporarily modified to allow him to travel with his mother to Oahu, Hawaii from February 1, 2020, through February 8, 2020. No later than 10:00 a.m. on January 10, 2020, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer, and he must file a notice on the docket that he has complied with this order. If Defendant fails to fully comply with this order no later than 10:00 a.m. on January 10, 2020, the Court will reconsider this order and deny Defendant's request for travel.

IT IS SO ORDERED.

DATED: December 4, 2019.


NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE