# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00244-APG-NJK |
|---|---|
| Plaintiff, | **Order** |
| v. | [Docket No. 134] |
| BRIAN SORENSON, | |
| Defendant. | |

Pending before the Court is the parties' stipulation for travel. Docket No. 134. The parties ask the Court to temporarily modify Defendant's pretrial conditions to allow him to travel with his mother to Oahu, Hawaii from January 22, 2022, through January 29, 2022. *Id.* at 1. The parties submit that Defendant's Pretrial Services Officer does not object to this request and that Defendant has, to date, complied with his conditions of release. *Id.* at 2.

Accordingly, the parties' stipulation, Docket No. 134, is **GRANTED**. Defendant's conditions of release are temporarily modified to allow him to travel with his mother to Oahu, Hawaii from January 22, 2022, to January 29, 2022. Additionally, no later than 10:00 a.m. on January 7, 2022, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer, and he must file a notice on the docket that he has complied with this order. Further, Defendant must report to his Pretrial Services Officer within 24 hours of his return to Las Vegas.

IT IS SO ORDERED.

Dated: November 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1