**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**BRIAN SORENSEN**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN SORENSEN,<br><br>Defendant. | Case No.  2:17-CR-244-APG-NJK |

### STIPULATION AND ORDER TO TRAVEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JIM W. FANG**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for **BRIAN SORENSEN;** that Defendant Sorensen's pretrial release conditions be temporarily modified to allow him to travel outside of Las Vegas, Nevada as set forth below. This stipulation is entered into for the following reasons.

1. Sorensen will be traveling with his mother to travel to Kauai, Hawaii from February 16, 2023 through February 23, 2023.

2. The Pretrial Services Officer supervising Sorensen informs the Government that she has no objection to Sorensen traveling to Kauai, Hawaii and that Sorensen has to date complied with his conditions of release.

3. As a condition of Sorensen's pretrial release he is restricted to travel.

Accordingly, the parties hereby request that the Court temporarily modify Sorensen's conditions to allow him to travel under the following conditions:

1. Sorensen will be allowed to travel to Kauai, Hawaii from Las Vegas, Nevada on February 16, 2023 through February 23, 2023.

2. Within 24 hours of his return to Las Vegas, Nevada, Sorensen will check in with his pretrial officer.

**DATED** this 17th day of January 2023.

| | |
|---|---|
| /S/ Thomas F. Pitaro, Esq. | /s/ Jim W Fang, Esq. |
| **THOMAS F. PITARO, ESQ.** | **JIM W FANG** |
| Nevada Bar No. 1332 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**ORDER**

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO ORDERED**.

DATED this 6th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE